IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>ROBERTO SANDOVAL<br><br>        Defendant. | Case No. 3:24-cr-00177<br><br>**APPLICATION FOR WRIT<br>OF HABEAS CORPUS** |

    The undersigned attorney hereby applies to the Court for the issuance of a ***Writ of Habeas Corpus*** Ad Testificandum.

Name of detainee:   Koryna Catherine Quintero
Detained at (custodian) Dakota Women's Correctional and Rehabilitation Center, New England, ND
Detainee is a witness not otherwise available by ordinary process of the Court.
Detainee will return to the custody of detaining facility upon termination of proceedings.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, for the purpose of trial preparation and testifying at trial scheduled for January 13, 2026.  The U.S. Postal Inspection Service will initiate the transport on or about January 5, 2026.

| | |
|---|---|
| Attorney Signature: | /s/  Matthew P. Kopp |
| Printed Name and Telephone Number: | MATTHEW P. KOPP, 701-297-7400 |
| Dated: December 16, 2025 | Attorney of Record for the United States |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

    The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

| | |
|---|---|
| Dated: December 17, 2025 | /s/ Alice R. Senechal |
| | Magistrate Judge Alice R. Senechal |
| | United States District Court |

☐    Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

### RETURN OF SERVICE

| | | |
|---|---|---|
| _____ | By: _____ | _____ |
| Date Executed | Printed Name | Signature |