# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ROBERTO SANDOVAL,<br><br>            Defendant. | **MOTION TO WITHDRAW**<br><br>Case No.: 3:24-CR-177 |

Stormy Vickers, CJA appointed attorney for the defendant, Robert Sandoval, respectfully moves this Court for an Order allowing him to withdraw as attorney of record for Mr. Sandoval. Recently disclosed reports have revealed a conflict of interest that preclude further representation of Mr. Sandoval pursuant to North Dakota Rule of Professional Conduct 1.9.

January 9, 2026

/s/ *Stormy Vickers* (ND 6539)
Attorney for Mr. Sandoval
808 3rd Ave S., Ste 201
Fargo, ND 58103
701-365-4884