# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>ROBERTO SANDOVAL,<br><br>         Defendant. | **MOTION TO CONTINUE**<br><br>Case No.: 3:24-CR-177 |

1. The Defendant, Roberto Sandoval, by and through counsel, respectfully requests an Order continuing the Jury Trial scheduled for January 13, 2026, and accompanying motion filing deadlines.  Mr. Sandoval requests this continuance for the following reason:

   a. Pending before this Court is a Motion for attorney of record, Stormy Vickers, to withdraw as counsel for Mr. Sandoval.

Dated: January 11, 2026

>  /s/ Stormy Vickers
> Stormy Vickers (ND 06539)
> Attorney for Defendant
> 808 3rd Ave S., Suite 201
> Fargo, ND 58102
> T: 701.365.4884
> F: 701.365.4885